UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEL RODRIGUEZ, | ) Case No. CV 14-7607-DSF(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MONTGOMERY, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 10/7/14

_____
Dale S. Fischer
United States District Judge